UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Wilma Bonilla Figueroa, Homeland Security Investigations (HSI) Special Agent, being duly sworn, do hereby depose and state:

1. That I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). Your Affiant is, therefore, an officer of the United States who is empowered to conduct investigations of, and to make arrest for, the offenses enumerated in Title 18, United States Code, Section 2516. Your affiant has been employed by the U.S. Immigration & Customs Enforcement, Homeland Security Investigations as special agent since February 2006. Your affiant is currently assigned to the Homeland Security Investigations Ponce Office in Ponce, Puerto Rico and is conducting investigations of organized crime, money laundering, drug smuggling, child pornography, and immigration violations, among others.

2. I have drafted this Affidavit for the limited purpose of establishing probable cause for the violations listed on the attached Criminal Complaint and therefore have not included all of the facts of this investigation. Based upon my personal knowledge and information furnished to me by other state law enforcement officers, I am fully aware and allege the following facts to be true and correct.

3. On October 19, 2025, at approximately 1025 hours, HSI Ponce agents received information from Customs and Border Protection (CBP) Michel O. Maceda Marine Unit (MMMU) Marine Interdiction Agents (MIAs) regarding a 24-foot center console vessel with Puerto Rico registration PR-9153-HH ("TARGET VESSEL") that was intercepted approximately 8.5 nautical miles southwest of Cabo Rojo, PR with 5 U.S. citizens on board identified as Bryan Enrique MARTINEZ-Velez, Jose GONZALEZ-Rosado, Michael Alexis SANTIAGO-Melendez, Nitza Enid RODRIGUEZ-Figueroa and Milany CUEBAS-Troche.

4. The CBP MMMU MIAs informed that on October 19, 2025, at approximately 0819 hours, the CBP Marine Unit received notification from the Caribbean Air and Marine Operations Center (CAMOC) of a Surface Radar Track of Interest (STOI) located approximately 30 nautical miles west of Boquerón, PR. At approximately 0830 hours, the CBP MMMU launched a Coastal Interceptor Vessel to verify the STOI. CAMOC maintained track of the STOI and guided CBP MIAs to the STOI. The STOI was the TARGET VESSEL. At approximately 1013 hours, the TARGET VESSEL was interdicted at approximately 8.5 NM Southwest of Cabo Rojo, PR with 5 U.S. citizens aboard. The TARGET VESSEL with the 5 U.S. citizens onboard were detained and escorted to MMMU for further inspection pursuant to a Border Search.

5. At the MMMU agents observed an external fuel tank, black ski masks, bleach bottles and

a bag full of power tools. A Border Patrol K-9 alerted positive to the scent of narcotics on the vessel, and the agents conducted a search and found that the leaning post screws were loose and an anomaly on deck. After removing the leaning post, a hidden compartment was exposed. Inside the hidden compartment a total of 302 bricks of cocaine and eleven burlap sacks were discovered. A field test of the contents of one of the bricks reacted positive to the presence of cocaine. The total weight of contraband was 339.3 kgs.





6. The burlap sacks discovered with the contraband had markings of Dominican Republic. Based on my training and experience, cocaine bricks are bonded together and are packed inside burlap sacks. It is common that drug traffickers open the burlap sacks and take a part the bricks that are bonded together to place them inside of hidden compartments.

7. In the TARGET VESSEL box cutters were also discovered. Based on my training and experience, drug traffickers often used box cutters to take apart the bricks that are bonded together.

8. In the TARGET VESSEL agents discovered two gallons of bleach. Based on my training and experience, bleach is some of the substances that drug traffickers used to conceal the odor of narcotics to avoid detection.

9. CBP MIAs informed that the captain of the vessel was Bryan Enrique MARTINEZ-Velez.

10. The GPS of TARGET VESSEL showed that TARGET VESSEL went to Mona Island, PR.

11. Milany CUEBAS-Troche told HSI agents that she is the sentimental partner of Jose GONZALEZ-Rosado.

12. Nitza Enid RODRIGUEZ-Figueroa told HSI agents that she sentimental partner Bryan Enrique MARTINEZ-Velez and works in the business owned by Bryan Enrique MARTINEZ-Velez.

13. In the cellular phone of Michael Alexis SANTIAGO-Melendez were discovered the following WhatsApp messages sent on October 18, 2025: "Mañana ya bajando" "Coronamos esta madrugada" "Acho cb metimos como 400". Based on my training and experience "Coronamos" in the drug trafficking slang refers when the contraband arrives at the destination without being intercepted and the number "400" refers to the amount of contraband.



14. In the cellular phone of Bryan Enrique MARTINEZ-Velez were discovered WhatsApp messages regarding a ritual or amulet for protection. In the chat MARTINEZ-Velez said that he was departing between 5:30 to 6. MARTINEZ-Velez also said that he did the ritual and that he tied a palm to the TARGET VESSEL. In the message, the other person said to MARTINEZ-Velez that it was a shame that the others were not believers. In the same chat were also messages regarding law enforcement in the area and refers that the law enforcement dog got sick. During the inspection of the vessel, agents observed a palm leave tied to the TARGET VESSEL. Based on my training and experience, drug traffickers use amulets and/or rituals that are believed to offer a shield from harm, to bring fortune in illegal activities, such as avoiding law enforcement detection.

  

15. Based on my training, experience and facts concerning this investigation, I respectfully believe that the evidence found during this investigation is consistent with that of a drug smuggling venture and sufficient probable cause exists to show that there is material evidence present of a commission of violations of Title 21, <u>United States Code</u>, Sections 841(a)(1) and (b)(1)(A)(ii) (possession with intent to distribute controlled substances) and 846 (conspiracy to possess with intent to distribute cocaine).

I declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

**WILMA BONILLA FIGUEROA**
Digitally signed by WILMA BONILLA FIGUEROA
Date: 2025.10.20 14:01:15 -04'00'

Wilma Bonilla Figueroa
Special Agent
Homeland Security Investigations
Ponce, Puerto Rico

Sworn in accordance with the requirement of Fed. R. Crim. P.4.1 by telephone at __4:19PM__ AM/PM on October __20__, 2025, in San Juan, Puerto Rico.

Hon. Marshal D. Morgan
U.S. Magistrate Judge
District of Puerto Rico